MRM:JRS
F. #2023R00260

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ DEC 19 2024 ★

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

LONG ISLAND OFFICE

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

ALEX KLEIMAN,

Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

INFORMATION

Cr. No. CR24 502

(T. 26, U.S.C., § 7201; T. 18, U.S.C.,
§§ 2 and 3551 et seq.)

CHOUDHURY, J.
WICKS, M.J.

THE UNITED STATES ATTORNEY CHARGES:

<u>TAX EVASION</u>

On or about and between October 2019 and December 2021, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant ALEX KLEIMAN, together with others, did knowingly and willfully attempt to evade and defeat a substantial income tax due and owing by him to the United States of America for the calendar years 2018, 2019, 2020 and 2021 by filing and causing to be filed false and fraudulent U.S. Individual Income Tax Returns, Forms 1040, for each of those

calendar years, which KLEIMAN knew were false and fraudulent as they did not reflect all of the taxable income and taxes due and owing thereon, which were substantially greater.

(Title 26, United States Code, Section 7201; Title 18, United States Code, Sections 2 and 3551 et seq.)

By David Pitluck, Asst. U.S. Attorney
------
BREON PEACE
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK